# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

      All cases assigned to Mary B. Grossman

## NOTICE OF DESIGNATION OF CHAPTER 13 STANDING TRUSTEE
## AND TRANSFER OF CASE TO SUCCESSOR TRUSTEE

Please take notice that Scott Lieske is hereby appointed successor trustee effective May 1, 2017 in accordance with 28 U.S.C § 586(b) and 11 U.S.C. §1302. Mary B. Grossman has resigned as a Standing Trustee effective April 30, 2017 due to her retirement. Scott Lieske is designated as a Chapter 13 Standing Trustee for the Eastern District of Wisconsin.

**PLEASE NOTE:**

- All cases assigned to Mary B. Grossman have been transferred to Scott Lieske as Successor Chapter 13 Trustee. Pursuant to Federal Rule of Bankruptcy Procedure 2012, Mary B. Grossman and Scott Lieske will submit an accounting of the prior administration of the estate. This accounting will be available for review by interested parties through the Court's PACER system.

- The post office box for remitting all **Chapter 13 payments** does not change. Payments should still be mailed to: Chapter 13 Trustee, P.O. Box 730, Memphis, TN 38101-0730. All checks should be made payable to "Chapter 13 Trustee."

- All other matters should be addressed by mail to Scott Lieske, Chapter 13 Standing Trustee, P. O. Box 510920, Milwaukee, WI 53203, by phone 414-271-3943, by fax 414-271-9344, or as listed on the web site www.chapter13milwaukee.com.

    Respectfully submitted,

    Patrick S. Layng
    United States Trustee

    /s/ David W Asbach
    Assistant United States Trustee
    Region 11
    517 E Wisconsin Avenue
    Milwaukee, WI  53202

| /s/ Mary B. Grossman | /s/ Scott Lieske |
|---|---|
| Chapter 13 Former Trustee | Chapter 13 Successor Trustee |
| P. O. Box 510920 | P. O. Box 510920 |
| Milwaukee, WI 53203 | Milwaukee, WI 53203 |
| (414) 271-3943 | (414) 271-3943 |
| info@chapter13milwaukee.com | info@chapter13milwaukee.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    All cases assigned to Mary B. Grossman

Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2017, a copy of the foregoing Notice of Designation of Chapter 13 Standing Trustee and Transfer of Case to Successor Trustee was served on registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court, and on each individual debtor by **ordinary U.S. Mail** to the address on record (Full list retained by Scott Lieske, Chapter 13 Standing Trustee, available upon request).

/s/ Scott Lieske
Chapter 13 Trustee